UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 07 CR 50062-01 |
| v. | ) |
| | ) Judge Frederick J. Kapala |
| EARL J. HILAND, III | ) |

**UNITED STATES' MOTION FOR A RULE TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a rule to show cause why the supervised release of the above-named defendant should not be revoked. The defendant, EARL HILAND, violated the conditions of his supervised release in the following manner:

1. Defendant violated the condition, "defendant shall not commit another federal, state, or local crime," in that defendant was arrested on September 9, 2007, by the Dubuque, Iowa Police Department for operating a vehicle while intoxicated or drugged, as charged in Case No. 01311 OWCR 77157, in the District Court in Dubuque County, Iowa.

2. Defendant violated the condition, "defendant shall refrain from excessive use of alcohol," and "During the entire term of supervision, defendant will abstain from the use of alcohol," in that defendant was arrested on September 9, 2007, by the Dubuque, Iowa Police Department for operating a vehicle while intoxicated or drugged, as charged in Case No. 01311 OWCR 77157, in the District Court in Dubuque County, Iowa.

3. Defendant violated the condition, "defendant shall not leave the judicial district without the permission of the court or probation officer," in that defendant left the Northern District of Illinois on September 9, 2007, when arrested in Dubuque, Iowa.

Wherefore, as defendant has violated conditions of supervised release, the government moves this Court for a rule to show cause why supervised release of the above-named defendant should not be revoked.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

BY:    s/ Michael F. Iasparro
        MICHAEL F. IASPARRO
        Assistant United States Attorney
        308 West State Street - Suite 300
        Rockford, Illinois  61101
        (815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on December 7, 2007, the following document:

UNITED STATES' MOTION FOR A RULE TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail to the following:

> Earl J. Hiland, III
> 117 Wisconsin Avenue
> East Dubuque, IL  61025
>
> Paul Gaziano
> Federal Public Defender
> 202 West State Street, Suite 600
> Rockford, IL  61101

and was hand-delivered to the following:

> Joseph B. Idstein
> United States Probation Officer
> 211 South Court Street – Room 114
> Rockford, IL  61101

          s/ Michael F. Iasparro
          MICHAEL F. IASPARRO
          Assistant United States Attorney
          308 West State Street - Suite 300
          Rockford, Illinois  61101
          (815) 987-4444