UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 07 CR 50062-01 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| EARL J. HILAND, III | ) | |

**NOTICE OF MOTION**

To:  Earl J. Hiland, III              Paul Gaziano, Federal Public Defender
     117 Wisconsin Avenue             202 W. State Street, Suite 600
     East Dubuque, IL  61025          Rockford, Illinois  61101

**PLEASE TAKE NOTICE** that on Friday, December 14, 2007, at 9:00 a.m., at the opening of Court or as soon thereafter as counsel may be heard, I will appear before United States District Judge Frederick J. Kapala in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other district court judge as may be sitting in his place and stead, and then and there present: United States' Motion For A Rule To Show Cause Why Supervised Release Should Not Be Revoked, at which time and place you must appear.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:      s/ Michael F. Iasparro
         MICHAEL F. IASPARRO
         Assistant United States Attorney
         308 West State Street - Suite 300
         Rockford, Illinois  61101
         (815) 987-4444

**CERTIFICATE OF FILING AND SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on December 7, 2007, the following document:

NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail to the following:

> Earl J. Hiland, III
> 117 Wisconsin Avenue
> East Dubuque, IL  61025
>
> Paul Gaziano
> Federal Public Defender
> 202 West State Street, Suite 600
> Rockford, IL  61101

and was hand-delivered to the following:

> Joseph B. Idstein
> United States Probation Officer
> 211 South Court Street – Room 114
> Rockford, IL  61101

                                            s/ Michael F. Iasparro
                                       MICHAEL F. IASPARRO
                                       Assistant United States Attorney
                                       308 West State Street - Suite 300
                                       Rockford, Illinois  61101
                                       (815) 987-4444