UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 07 CR 50062-01 |
| v.                              ) | |
| ) | Judge Frederick J. Kapala |
| EARL J. HILAND, III         ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully Submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Michael F. Iasparro
MICHAEL F. IASPARRO
Assistant United States Attorney
308 W. State Street, Suite 300
Rockford, Illinois  61101
(815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on December 7, 2007, the following document:

ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail to the following:

Earl J. Hiland, III
117 Wisconsin Avenue
East Dubuque, IL  61025

Paul Gaziano
Federal Public Defender
202 West State Street, Suite 600
Rockford, IL  61101

and was hand-delivered to the following:

Joseph B. Idstein
United States Probation Officer
211 South Court Street – Room 114
Rockford, IL  61101

      s/ Michael F. Iasparro
MICHAEL F. IASPARRO
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois  61101
(815) 987-4444