**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Western Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                         Case No.: 3:07−cr−50062
                                                       Honorable Frederick J. Kapala

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 14, 2007:

      MINUTE entry before Judge Frederick J. Kapala :Motion hearing held on government's motion for rule to show cause [2] and continued to 2/8/2008 at 09:00 AM. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.