## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Western Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                           Case No.: 3:07−cr−50062
                                                                     Honorable Frederick J. Kapala

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge Frederick J. Kapala as to Earl Hiland: Pursuant to Probation Officer's Special Report dated February 7, 2008, government's motion for a rule to show cause is taken off this court's February 8, 2008 motion call. Counsel for government to reset the motion after a resolution is made in the pending Iowa case. Electronic notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.